JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
HILTON WONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 12-0082 PJH [KAW] |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| v. | |
| HILTON WONG, | |
| Defendant. | |

The above-captioned matter has been set for December 7, 2016 for Rule 11 proceedings. The parties jointly request that the Court continue this hearing to January 20, 2017 at 9:30 a.m. before the magistrate judge.

Because the matter was set while Mr. Wong is out of the country, and because counsel will be unavailable in late December and early January, the parties request additional time to prepare for and attend the hearing.

Accordingly, it is respectfully requested that this Court set this matter on January 20, 2017 to give the parties additional time to coordinate and prepare for the Rule 11 proceeding.

Because Mr. Wong has already entered a plea in this case, the parties agree that the Speedy Trial Act does not apply.

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE. CASE NO. CR 12-0082 PJH**

**IT IS SO STIPULATED**

DATED: November 22, 2016    By: _____/s/_____
                                Julia Mezhinsky Jayne
                                Counsel for HILTON WONG

DATED: November 22, 2016    UNITED STATES ATTORNEY'S OFFICE


                            By: _____/s/_____
                                MICHAEL RABKIN
                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA


**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that the December 7, 2016 hearing date is vacated and reset to January 20, 2017 at 9:30 a.m.

DATED: 11/23/16                 _____Kandis Westmore_____
                                HON. KANDIS A. WESTMORE
                                UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING CASE NO. CR 12-0082 PJH**